```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Henry,

                Plaintiff,

        v.

Fox News Network LLC &
Suzanne Scott

                Defendants.

No. 21-CV-7299 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, Plaintiff's letter motion for an extension of time to serve is granted, and Defendants' cross-motion to dismiss for insufficient process is denied. Accordingly, the affidavits reflecting service on Fox News Network and Suzanne Scott are deemed timely. Dkts. 42, 47.

Defendants represented they intended to file a motion to dismiss, and the parties agreed to the following deadlines:

- By November 16, 2021, Defendants shall file a motion to dismiss or a responsive pleading.

- By November 30, 2021, in accordance with Rule 4(c) of this Court's Individual Rules & Practices in Civil Cases, Plaintiff shall notify the Court and Defendants in writing whether he intends to file an amended pleading.

- By December 7, 2021, Plaintiff shall file any opposition to the motion to dismiss.

- By December 17, 2021, Defendants shall file any reply to Plaintiff's opposition.

The Clerk of Court is respectfully directed to close the entries at Dkts. 29 and 37.

SO ORDERED.

Dated:    October 28, 2021
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge