UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD HENRY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC and<br>SUZANNE SCOTT, Individually<br><br>　　　　　Defendants. | No. 1:21-cv-07299 [rel. 1:20-cv-05593]<br><br>ORAL ARGUMENT REQUESTED |

**<u>NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)</u>**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated December 28, 2021, the Declaration of Avi Weitzman, dated December 28, 2021, and the exhibits thereto, and all prior papers and proceedings had herein, Defendants Fox News Network, LLC and Suzanne Scott respectfully move this Court, before the Honorable Ronnie Abrams, United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Room 1506, New York, NY 10007, for an order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: December 28, 2021
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Avi Weitzman*
　　　　　　　　　　　　　　　　　　　　　　　　Avi Weitzman

AVI WEITZMAN
ALEXANDRA PERLOFF-GILES
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone:  212.351.2465
Facsimile:  212.351.5265
aweitzman@gibsondunn.com

EUGENE SCALIA (*Pro Hac Vice*)
JESENKA MRDJENOVIC (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, District of Columbia 20036
Telephone:  202.955.8210
Facsimile:  202.530.9606
escalia@gibsondunn.com
jmrdjenovic@gibsondunn.com

*Attorneys For Defendants Fox News Network, LLC and Suzanne Scott*