

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

January 27, 2022

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: ***Henry v. Fox News Network LLC et al.***
     <u>Case No. 21-cv-07299-RA-GWG</u>

Dear Judge Abrams,

  We represent plaintiff Edward Henry ("Plaintiff") in connection with the above-captioned matter. We write to the Court now pursuant to Section 3 of Your Honor's Individual Rules ("Rules") and in response to defendants' renewed application for a stay filed on January 25, 2022 following the filing of the Amended Complaint. (ECF 81.)

  Pursuant to Section 3 of Your Honor's Rules, we telephoned Chambers earlier today to advise that a responsive letter will be forthcoming. However, we do wish to note that contrary to Your Honor's requirement, defendants failed to "first confer in good-faith with [Plaintiff's counsel], in person or by telephone, in an effort to resolve the dispute" prior to filing their application. Rules, §3. And, despite that defendants' "letter **must** include a representation that the meet-and-confer process occurred and was unsuccessful," it does not. *Id.* (emphasis added.)

  While this office has since communicated with defendants' counsel concerning its refusal to abide by the Rules, defendants maintain that they had no obligation to meet-and-confer under the circumstances. Plaintiff disagrees. Nevertheless, while we maintain that defendants' application for a stay is, as will be shown, without merit in view of the strength of the allegations as pled in the Amended Complaint, we do ask that we be provided until next Tuesday, February 1, 2022, by which to submit our response.

Roseland, NJ   Edison, NJ   Elizabeth, NJ   Eatontown, NJ   New York, NY   Boca Raton, FL   Denver, CO

mblawfirm.com

Hon. Ronnie Abrams, U.S.D.J.
January 27, 2022
Page 2 of 2



We appreciate the Court's consideration of this request.

Respectfully submitted,

Joel G. MacMull

cc:   All counsel of Record (*via ECF only*)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
01/28/22