```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/09/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD HENRY,

                Plaintiff,

       v.

FOX NEWS NETWORK LLC and SUZANNE SCOTT,

                Defendants.

No. 21-CV-7299 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument on the motion to dismiss is hereby scheduled for June 7, 2022 at 11:00 a.m. in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    May 9, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge