UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD HENRY,

                Plaintiff,

        v.

FOX NEWS NETWORK LLC and
SUZANNE SCOTT,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/31/2022

21-CV-7299 (RA)

<u>ORDER OF DISMISSAL</u>

RONNIE ABRAMS, United States District Judge:

    By an order issued September 20, 2022, the Court dismissed the entirety of the Complaint for failure to state a claim, but granted Plaintiff leave to amend by October 20, 2022. As of today's date, Plaintiff has not filed an amended complaint. Accordingly, the Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    October 31, 2022
           New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge